GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| ALAN C. SAMUELS;<br><br>    Plaintiff,<br>vs.<br><br>DANA KEPNER COMPANY, INC., a Delaware Corporation; EVOFI ONE, a Nevada Corporation; and LIBERTY MUTUAL SURETY, IN RELATION TO SURETY BOND FOR EVOFI ONE, DOES 1-10; and ROE CORPORATIONS, COMPANIES AND /OR PARTNERSHIPS 11-20,  inclusive;<br><br>    Defendants. | Case No.: 2:10-cv-00686<br><br>**ECR-LRL**<br><br>**Stipulated Discovery Plan And Scheduling Order Submitted In Compliance with LR 26-1 (e)** |

## Stipulated Discovery Plan And Scheduling Order Submitted In Compliance with LR 26-1(e)

Plaintiff Alan C. Samuels ("Plaintiff"), by and through his attorney Christian Gabroy, Defendant Dana Kepner Company, Inc., by and through their attorney Elayna J. Youchah, and Defendant Evofi One, by and through their attorney Kenneth Caschette, hereby submit the following Stipulated Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(e):

1. **Meeting:** Pursuant to FRCP 26(f) and LR 26-1(e), a conference call was

conducted on July 15, 2010, and was attended by Christian Gabroy, Esq. for Alan C. Samuels, Elayna Youchah, Esq. on behalf of Defendant Dana Kepner Company, Inc., and Kenneth Caschette, Esq., on behalf of Defendant Evofi One:

2. **Pre-Discovery Disclosures:** Plaintiff and Defendants have agreed to provide each other with initial disclosures pursuant to FRCP 16(b) within 14 days of this meeting, **July 29, 2010**.

3. **Discovery Plan:** The parties, pursuant to LR 26-1(e) hereby agree to the following discovery schedule as outlined in LR 26-1(e):

(a) **Subject of Discovery:** Discovery will be needed on the following subjects: All claims set forth in the Complaint as well as the defenses relevant to the action.

(b) **Discovery Cut-off Date(s):** The parties request a discovery period of 180 days running from when Defendant Dana Kepner answered the complaint, **June 7, 2010**, which means all discovery must be commenced in time to be completed by **December 6, 2010**. All parties agree that due to the large number of witnesses needed to be deposed, and complexity of the case, discovery extensions may be requested.

(c) **FRCP 26(a) (2) Disclosures (Experts):** Disclosure of experts shall proceed as follows: Plaintiff and Defendant shall disclose their experts to each other at least sixty (60) days before the discovery cut-off date, which is by **October 5, 2010**. Plaintiff and Defendant shall disclose their rebuttal experts at least thirty (30) days after the initial date for disclosures of experts, which is by **November 8, 2010**.

4. **Other Items.**

**Interim Status Reports:** The parties shall file an interim status report ninety (90) days after the date of discovery conference, which is **October 15, 2010**.

(b). **Interrogatories.** The parties agree to the customary total

1  number of interrogatories to 25 per party; the parties may agree to more
2  interrogatories by mutual agreement or application to the court.

3        (c).   **Amending the Pleadings and Adding Parties.**   The
4  parties have until **September 6, 2010**, to file any motions to amend the pleadings
5  or to add parties. This is ninety (90) days prior to the discovery cut-off date and
6  does not exceed the outside limit LR 26-1(e) (2) presumptively sets of ninety (90)
7  days before the discovery cut-off date of filing such motions.

8        (d).   **Settlement.**   The parties agree to participate in the
9  Early Neutral Evaluation. It is intended that the parties will engage in discovery
10 permitted by the Federal Rules of Civil Procedure, including but not limited to
11 serving interrogatories, requests for production of documents and requests for
12 admissions.

13       (e).   **Court Conference.**   The parties do not request a
14 conference with the Court before entry of the scheduling order.

15       (f).   **Later Appearing Parties.**   A copy of this discovery
16 plan and scheduling order shall be served on any person served after it is
17 entered, or, if additional defendants should appear, within five (5) days of their
18 first appearance. This discovery plan and scheduling order shall apply to such
19 later-appearing parties, unless the Court, on motion and for good cause shown,
20 orders otherwise.

21       (g).   **Dispositive Motions.**   The parties shall have until
22 **January 3, 2011** to file dispositive motions. This is thirty (30) days after the
23 discovery cut-off date and does not exceed the outside limit of thirty (30) days
24 following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing
25 dispositive motions.

26       (h).   **Pretrial Order.**   The pretrial order shall be filed by
27 **February 2, 2011**, which is not more than thirty (30) days after the date set for
28 filing dispositive motions in the case. In the event a dispositive motion is filed,

the date for filing the pretrial order shall be suspended until thirty (30) days after decision upon the dispositive motion or filing order of the court. The disclosures required by FRCP 26(a) (3) shall be made in the joint pretrial order.

        (i). **Extension or Modification of the Discovery Plan and Scheduling Order.** LR 26-4 governs modification or extensions of this discovery plan and scheduling order. Any stipulation or motion must be made not later than twenty (20) days before the discovery cut-off date and comply fully with LR 26-4.

| PLAINTIFF | DEFENDANT DANA KEPNER COMPANY, INC. |
|---|---|
| By: /s/ Christian Gabroy | By: /s/ Elayna J. Youchah |
| Christian Gabroy, Esq. (Bar #8805) | Elayna J. Youchah |
| Gabroy Law Offices | Jackson Lewis |
| 170 South Green Valley Parkway | 3960 Howard Hughes Parkway |
| Suite 280 | Suite 450 |
| Henderson, Nevada 89012 | Las Vegas, NV 89169 |
| Telephone: (702) 259-7777 | Telephone: (702) 921-2460 |
| Fax: (702) 259-7704 | Fax: (702) 921-2461 |
| Attorneys for Plaintiff | Attorneys for Defendant Dana Kepner Company, Inc. |

DEFENDANT EVOFI ONE
By: /s/ Kenneth A. Caschette
Kenneth A. Caschette, Esq.
2250 Corporate Circle Drive,
Ste 320
Henderson, NV 89074
T: 702.949.1412
F: 702.952.0560
Attorney for Defendant Evofi One

    IT IS SO ORDERED:

    DATED THIS _____ DAY OF _____ 2010

                                               United States District Court Judge
                                               United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16 day of July 2010 I caused to be served a true and correct copy of the foregoing **Stipulated Discovery Plan and Order Thereto** on the following person(s) by the following method(s) pursuant to FRCP 5(b):

By electronic transmission per FRCP 5

by placing a true and correct copy of the above-mentioned document(s) in a sealed envelope, first class postage fully pre-paid, in the United States mail.

☐     **A.**     *BY FACSIMILE TRANSMISSION ONLY BY FAXING A TRUE AND CORRECT COPY OF THE SAME TO EACH AT THE FACSIMILE NUMBER(S) INDICATED ABOVE.*

Elayna J. Youchah
Jackson Lewis
3960 Howard Hughes Pkwy
Suite 450
Las Vegas, NV 89169
Fax: (702) 921-2461

Kenneth A. Caschette,
2250 Corporate Circle Drive
Suite 320
Henderson, NV 89074
Attorney for Defendant Evofi One

_____/s/_Christian Gabroy_____
Christian Gabroy