UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALAN C. SAMUELS,

    Plaintiff,

vs.

DANA KEPNER COMPANY, INC., a Delaware corporation, *et al*.,

    Defendant,

2:10--cv-686-JCM-RJJ

O R D E R

This matter was referred to the undersigned Magistrate Judge on Defendant Evofi One's Motion For Stay of Discovery Pending Resolution of Motion to Dismiss Plaintiff's Complaint (#19).

The Court having reviewed the Motion (#19) and the Response (#20) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Evofi One's Motion For Stay of Discovery Pending Resolution of Motion to Dismiss Plaintiff's Complaint (#19) is **DENIED**.

DATED this  31st  day of August, 2010.

                                            ROBERT J. JOHNSTON
                                            United States Magistrate Judge