Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Dana Kepner Company Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN C. SAMUELS,<br><br>Plaintiff,<br><br>v.<br><br>DANA KEPNER COMPANY, INC., a Delaware Corporation; EVOFI ONE, a Nevada Corporation; DOES 1-10; and ROE CORPORATIONS, COMPANIES AND/OR PARTNERSHIPS 11-20, and DOE SURETY BOND Inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00686-JCM-RJJ<br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION SESSION** |

As a result of the settlement discussions begun at the last ENE session, the parties were able to reach a resolution in the above referenced matter. Accordingly, the parties respectfully request that the ENE session currently scheduled for November 9, 2010 be vacated from the Court's calendar.

Dated this 2nd day of November, 2010.

| GABROY LAW OFFICE | JACKSON LEWIS LLP |
|---|---|
| /s/ Christian Gabroy | /s/ Lisa A. McClane |
| Christian Gabroy, Bar # 8805<br>170 S. Green Valley Parkway, Ste. 280<br>Las Vegas, Nevada 89012 | Elayna J. Youchah, Bar No. 5837<br>Lisa A. McClane, Bar No. 10139<br>3960 Howard Hughes Parkway, Suite 450<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff Alan C. Samuels* | *Attorneys for Defendant*<br>*Dana Kepner Company, Inc.* |

## **ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for November 9, 2010 is hereby vacated.

DATED this ____ day of November, 2010.

_____
United States Magistrate Judge