Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Dana Kepner Company Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALAN C. SAMUELS,

          Plaintiff,

      v.

DANA KEPNER COMPANY, INC., a
Delaware Corporation; EVOFI ONE, a
Nevada Corporation; DOES 1-10; and
ROE CORPORATIONS, COMPANIES
AND/OR PARTNERSHIPS 11-20, and
DOE SURETY BOND Inclusive,

          Defendants.

Case No.:  2:10-cv-00686-JCM-RJJ

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Alan C.

Samuels and Defendant Dana Kepner Company, Inc., through their undersigned counsel of

record, that the above entitled matter be dismissed with prejudice, each party to bear its own

attorneys' fees and costs.

     Dated this 2nd day of December, 2010.

GABROY LAW OFFICE

    /s/ Christian Gabroy
Christian Gabroy, Bar # 8805
170 South Green Valley Parkway, Ste. 280
Las Vegas, Nevada 89012

*Attorneys for Plaintiff Alan C. Samuels*

JACKSON LEWIS LLP

    /s/ Elayna J. Youchah
Elayna J. Youchah, Bar No. 5837
Lisa A. McClane, Bar No. 10139
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada  89169

*Attorneys for Defendant
Dana Kepner Company, Inc.*

JACKSON LEWIS LLP
LAS VEGAS

1

**ORDER**

2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled

3  matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

4      DATED this 3rd day of December, 2010.

5

6

7

8                                              _____
                                               U.S. District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28